# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-50369
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
February 16, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Geovanni Gonzalez-Solano,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:21-CR-1035-1

---

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:[*]

Geovanni Gonzalez-Solano appeals his conviction and sentence for illegal reentry after removal under 8 U.S.C. §§ 1326(a) and (b)(1). For the first time on appeal, Gonzalez-Solano argues that § 1326(b) is unconstitutional because it permits a defendant to be sentenced above the statutory maximum under § 1326(a) based on the fact of a prior conviction that was not alleged in the indictment or found by a jury beyond a reasonable

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

doubt. He has filed an unopposed motion for summary disposition and a letter brief correctly conceding that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998). *See United States v. Pervis*, 937 F.3d 546, 553–54 (5th Cir. 2019). Gonzalez-Solano states that he has raised the issue only to preserve it for possible further review. Because summary disposition is appropriate under these circumstances, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Gonzalez-Solano's motion is GRANTED, and the district court's judgment is AFFIRMED.